**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND, et al., | No. CV 26-3952 PA (DSRx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| FRYE-WILLIAMSON PRESS, INC., et al., | |
| Defendants. | |

In accordance with the Court's July 13, 2026 Order granting the Motion for Default Judgment filed by plaintiffs GCIU-Employer Retirement Fund ("GCIU Fund") and the Board of Trustees of the GCIU-Employer Retirement Fund ("GCIU Board") (jointly "Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.     Plaintiffs shall have judgment entered in their favor against defendants Frye-Williamson Press, Inc., and JAL Equity Corp. (jointly "Defendants") in the total amount of $12,092,198.54 (consisting of withdrawal liability of $11,457,539.12, prejudgment interest of $393,136.85, attorneys' fees of $240,613.52, and costs of $909.05); and

. . . .

. . . .

2.      Plaintiffs shall recover from Defendants postjudgment interest on the amount of the Judgment from the date of entry of Judgment until the date the Judgment is paid in full at the statutory rate pursuant to 28 U.S.C. § 1961(a).

DATED: July 13, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-